FILED

07 OCT 12 PM 4:13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LATIFF, Paul David ) <br> ) <br> ) <br> ) <br> Defendant ) <br> ) | Magistrate's Case No. <br> '07 MJ 2447 <br> COMPLAINT FOR VIOLATION OF <br> <br> Title 21 U.S.C. § 841(a)(1) <br> Possession of a controlled substance with Intent to Distribute |

The undersigned complainant duly sworn states:

That on or about October 12, 2007, within the Southern District of California, defendant Paul David LATIFF did knowingly and intentionally possess with intent to distribute approximately 7.0 ounces (198.45 grams) of Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21 United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
Garner Morimoto, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, October 12, 2007.

_____
Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
LATIFF, Paul David

STATEMENT OF FACTS

I, Special Agent Garner Morimoto, of the Drug Enforcement Administration, declare under penalty of perjury, the following is true and correct:

During the month of October 2007, DEA Agents received information that a Paul David LATIFF was traveling from the San Diego International Airport to Washington DC, with methamphetamine taped inside his pants. On October 12, 2007, at approximately 5:45 AM, DEA agents Garner Morimoto and David Shadoan encountered LATIFF at the San Diego International Airport. Agents approached LATIFF, identified themselves and asked LATIFF, if he was carrying any weapons or narcotics. LATIFF denied, carrying any weapons or narcotics. Agents then asked for consent to search his person, as well as his belongings. LATIFF consented to a search. LATIFF told Agents that he had nothing on him, and proceeded to empty his right pant pocket. Agent Morimoto stuck his hand in the same pocket, and felt a foreign object underneath LATIFF's pants. Agent Morimoto asked LATIFF what the object was. LATIFF remained silent but appeared nervous. Agents discovered and seized 7 ounces of methamphetamine taped inside the groin area of his pants. LATIFF was arrested and transported to the DEA office in the San Diego International Airport.

At approximately 5:59 AM, SA Morimoto read LATIFF his Miranda Rights via a DEA-13A card as witnessed by SA Darien Dir. LATIFF

stated that he understood his rights and agreed to speak to Agents.

LATIFF stated that the package he was smuggling, inside his pants, contained 6 ounces of methamphetamine. LATIFF stated that he purchased the methamphetamine from a man whose name he provided to agents. LATIFF stated that man is a methamphetamine broker for a black male known only to LATIFF as "Robert". LATIFF stated that the man charged $1,000.00 per ounce for the methamphetamine. LATIFF stated that he has been a methamphetamine addict for several years, and after he lost his job, he began to dealing and transporting methamphetamine to as a source of income to support his drug habit, and pay for his living expenses, and medical bills. LATIFF stated that he travels to San Diego frequently to purchase methamphetamine for himself and two other individuals. LATIFF further stated that on this occasion, he sent a portion of the methamphetamine that he purchased to these individuals via Fed Ex, and then was to transport the rest back to Washington, D.C. himself.

LATIFF was transported to the Metropolitan Correctional Center (MCC) pending an Initial Appearance before a United States Magistrate Judge.

Garner Morimoto, Special Agent
Drug Enforcement Administration