PAUL H. NEUHARTH, JR. (SBN147073)
1140 Union Street, Suite 102
San Diego, California 92101
Tel:(619) 231-0401

**Attorney for Defendant**
PAUL LATIFF

> FILED
>
> OCT 3 0 2007
>
> CLERK, U.S. DISTRICT COURT
> SOUTHERN DISTRICT OF CALIFORNIA
> BY                    DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES OF AMERICA,    )<br><br>          Plaintiff,    )<br><br>v.    )<br><br>PAUL LATIFF,    )<br><br>          Defendant.    ) | CASE NUMBER: 07 MJ 2447<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant, PAUL LATIFF, hereby substitutes PAUL H. NEUHARTH, JR., 1140 Union Street, Suite 102, San Diego, California 92101, (619) 231-0401, as attorney of record in place of ROBERT GARCIA, 185 West F Street, Suite 100, San Diego, CA 92101, (619) 696-7881.

DATED: Oct. 17, 2007

PAUL LATIFF

I, ROBERT GARCIA, hereby consent to the above substitution.

DATED Oct. 19, 2007

ROBERT GARCIA

Above substitution accepted.

DATED: 10-17-07

PAUL H. NEUHARTH, JR.

IT IS SO ORDERED

Dated: 10/30/07

William McCurine, Jr.
U.S. Magistrate Judge

PAUL H. NEUHARTH, JR.
ATTORNEY AT LAW
1140 UNION STREET, SUITE 102
SAN DIEGO, CALIFORNIA 92101
(619) 231-0401
FAX 231-9759