FILED
2007 NOV -7 PM 2:55

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ R.O. _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. '07 CR 3028 WQH |
| Plaintiff, | ) | INDICTMENT |
| v. | ) | Title 21, U.S.C., Sec. 841(a)(1) – Possession of Methamphetamine with Intent to Distribute |
| PAUL DAVID LATIFF, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about October 12, 2007, within the Southern District of California, defendant PAUL DAVID LATIFF did knowingly and intentionally possess, with intent to distribute, 50 grams and more, to wit: approximately .092 kilograms (.2 pounds), of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: November 7, 2007.

A TRUE BILL:

/s/ Merritt
Foreperson

KAREN P. HEWITT
United States Attorney

By: /s/ Rebecca Kantar
REBECCA S. KANTAR
Assistant U.S. Attorney

RSK:em:San Diego
11/6/07