|   |   |   |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | SOUTHERN DISTRICT OF CALIFORNIA |
|   | | (Hon. HON. WILLIAM Q. HAYES ) |
| 3 | | |
| 4 | UNITED STATES OF AMERICA )   CASE NO. | |
|   | ) | |
| 5 | Plaintiff, )   **CERTIFICATE OF SERVICE** | |
|   | ) | |
| 6 | vs. ) | |
|   | ) | |
| 7 | PAUL LATIFF, ) | |
|   | ) | |
| 8 | Defendant. ) | |

9    **IT IS HEREBY CERTIFIED THAT:**

10   I, Paul H. Neuharth Jr., am a citizen of the United States and am at least eighteen

11   years of age. My business address is 1140 Union Street, Ste. 102, San Diego, California,

12   92101.

13   I am not a party to the above-entitled action. I hereby certify that I have caused

14   to be served **DEFENDANT'S REQUEST FOR DOWNWARD DEPARTURE** to the

15   following ECF participants on this case:

16   Christina M. McCall

17

18   I declare under penalty of perjury that the foregoing is true and correct.

19   Executed on April 28, 2008.

20                                                   /s/ Paul H. Neuharth
21                                                  PAUL H. NEUHARTH, JR.