|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **SOUTHERN DISTRICT OF CALIFORNIA** |
|   | (Hon. HON. WILLIAM Q. HAYES ) |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| PAUL LATIFF, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY CERTIFIED THAT:**

I, Paul H. Neuharth Jr., am a citizen of the United States and am at least eighteen years of age. My business address is 1140 Union Street, Ste. 102, San Diego, California, 92101.

I am not a party to the above-entitled action. I hereby certify that I have caused to be served **DEFENSE SENTENCING MEMORANDUM** to the following ECF participants on this case:

Christina M. McCall

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2008.

/s/ Paul H. Neuharth
PAUL H. NEUHARTH, JR.